UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA CORTES,**

      **Plaintiff,**

v.                                                **Case No:  6:16-cv-188-Orl-41GJK**

**CFI RESORTS MANAGEMENT, INC.,**

      **Defendant.**

**ORDER**

THIS CAUSE is before the Court on the parties' Renewed Amended Joint Motion to Approve Amended FLSA Settlement and to Dismiss with Prejudice ("Motion," Doc. 77). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation ("R&R," Doc. 78), recommending that the Court grant the Motion and dismiss the case with prejudice. Thereafter, the parties filed a Joint Notice of No Objection to the R&R (Doc. 79).

After a *de novo* review, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 78) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Amended Joint Motion to Approve Amended FLSA Settlement and to Dismiss with Prejudice (Doc. 77) is **GRANTED**; the parties' Amended FLSA Settlement Agreement (Doc. 77-1) is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2017.



Copies furnished to:

Counsel of Record